IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **D'ANDRE DAYMAR COX,** | Case No. 2:20-CV-1893-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. GAMEZ, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' First Request for Extension of Time to file a response to Plaintiff's complaint is GRANTED. Defendants shall respond to the Complaint on or before November 17, 2021.

Dated:  October 13, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1