IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANDRE DAYMAR COX,<br><br>  Plaintiff,<br><br>  v.<br><br>J. GAMEZ, et al.,<br><br>  Defendants. | No.  2:20-CV-1893-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 15, 2022, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 15, 2022, are adopted in full;

2. Defendant's unopposed request for judicial notice and motion to dismiss, ECF Nos. 21 and 22, are granted;

3. This action is dismissed without prejudice for failure to exhaust administrative remedies; and

4. The Clerk of the Court is directed to enter judgment and close this file.

DATED:  March 29, 2022                    /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE